

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00731-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Irene Rios, Justice

Delivered and Filed: December 13, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On November 8, 2017, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-20292, styled *Sam Lajzerowicz v. Estelita O'Campo Lajzerowicz*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.